OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1M
0004279596
MAILED FROM ZIP CODE

$ 00.26⁵
APR 30 2015

4/29/2015
COLLIER, DERRICK CARLOS - Tr. Ct. No. 614901-A          WR-83,139-01
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus. See TEX. GOV'T CODE SECTION 501.0081(b)-(c).

Abel Acosta, Clerk

DERRICK CARLOS COLLIER
CLEMENTS UNIT - TDC # 716851
9601 SPUR 591
AMARILLO, TX 79107-9606